UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARIQ KHAN,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>FOX NEWS NETWORK, LLC and<br>JAMES GREGORY HEADEN,<br><br>                    Defendants. | 23 Civ. 8576 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On April 3, 2024, the Court was notified that mediation in this matter was unsuccessful. Accordingly, the parties are **ORDERED** to attend a telephonic initial pretrial conference on **April 30, 2024, at 10:00 a.m.** At the designated time, the parties shall call (888) 363-4749, and use access code 5123533. The Court expects that the parties will submit a joint letter and proposed case management plan on or before **April 25, 2024**.

      SO ORDERED.

Dated: April 16, 2024
        New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge